UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-03026
Lavonia D Gaddy  )
  )  Chapter: 13
  )  Honorable Janet S. Baer
  )
  )  Kane
Debtor(s)  )

### ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

1. The Debtor is permitted to incur the mortgage debt, with financing through First Centennial Mortgage Corporation., with the following terms:

Property address: 3518 Crestwood Lane, Carpentersville, IL 60110
Loan amount: $306,450.00
Loan rate: 5.250%
Loan term: 360 months
Monthly Mortgage payments: $2,509.54

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 03, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600