UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-03026 |
| Lavonia D Gaddy | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

# ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEYS

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

Cutler and Associates as current attorney of record for Debtor is substituted by The Semrad Law Firm, LLC, as Debtor's new attorney of record.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 03, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark St. 28th Floor,
Chicago, IL 60603